William J. Braffett, Respondent, v. The Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court

reversed and new trial ordered, costs to abide the event, on the authority of *King* v. *Nassau Electric R. R. Co.* (128 App. Div. 130). Woodward, Jenks, Burr, Thomas and Rich, JJ., concurred.